UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES,

    Plaintiff,

v.

KEVIN JERMAINE RODGERS,

    Defendant.
_____/

File No. 2:08-cr-56

HON. ROBERT HOLMES BELL

## ORDER REGARDING REPORT AND RECOMMENDATION

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant Kevin Jermaine Rodgers's objections to the Report and Recommendation of the Magistrate Judge (Dkt. No. 167) are **DENIED**.

**IT IS FURTHER ORDERED THAT** the Report and Recommendation of the Magistrate Judge (Dkt. No. 163) is **ADOPTED IN PART** as the opinion of the Court with respect to whether the search was conducted pursuant to a valid warrant, and **REJECTED IN PART** with respect to whether Defendant had a reduced expectation of privacy in the location searched.

**IT IS FURTHER ORDERED** that Defendant's motion to suppress (Dkt. No. 127) is **DENIED**.


Dated: October 26, 2009          /s/ Robert Holmes Bell
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE